IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MONIQUE SPEIGHTS**<br><br>v.<br><br>**ARSENS HOME CARE, INC.**<br>**d/b/a CAREGIVERS AMERICA** | **CIVIL ACTION**<br><br>**NO. 19-2343** |

### ORDER

**AND NOW**, this 22nd day of July, 2019, upon consideration of Defendant's Motion for Summary Judgment (ECF 34), Plaintiff's response (ECF 43), and Defendant's reply (ECF 47), for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment is **DENIED**.

BY THE COURT:

s/ Michael M. Baylson

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 19\19-2343 Speights v Simplura Health Grp\19cv2343 Order re Motion for Summary Judgment.docx