### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MONIQUE SPEIGHTS**<br><br>**v.**<br><br>**ARSENS HOME CARE INC.** *d/b/a* **CAREGIVERS AMERICA** | **CIVIL ACTION**<br><br>**NO.  19-2343** |

### ORDER RE MOTION TO STRIKE DEFENDANT'S EXPERT REPORT AND WITNESS

**AND NOW**, on this 28th day of October, 2020, after careful consideration of Plaintiff Monique Speights' Motion to Strike Defendant's Expert Report and Witness (ECF 33) and Defendant Arsens Home Care Inc's Response (ECF 42), for the reasons stated in the attached memorandum it is hereby **ORDERED** as follows:

1. Plaintiff's Motion to Strike the Expert Report and Witness regarding what constitutes a reasonably diligent job search and how Plaintiff's efforts compare to that standard is **DENIED**; and

2. Plaintiff's Motion to Strike the Expert Report and Witness is **GRANTED** regarding the conclusions that Plaintiff's search was not diligent and that Plaintiff should have found a job within six months.

**BY THE COURT:**

s/ Michael M. Baylson

_____

**MICHAEL M. BAYLSON, U.S.D.J.**
